

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

David Nickolas Armstrong, Appellant

No. 06-18-00148-CR        v.

The State of Texas, Appellee

Appeal from the 271st District Court of Wise County, Texas (Tr. Ct. No. CR19652). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect the proper degree of offense as a third-degree felony. As modified, the judgment of the trial court is affirmed.

We note that the appellant, David Nickolas Armstrong, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 13, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk